IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAMBETH MAGNETIC STRUCTURES,) LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SEAGATE TECHNOLOGY (US) )<br>HOLDINGS, INC., et al., )<br>)<br>Defendants. ) | Civil Action No. 16-538, 16-541<br>Judge Cathy Bissoon |

## SETTLEMENT CONFERENCE

Before: Judge Bissoon

For Plaintiff: Tigran Vardanian, Esq.
              David C. Radulescu, Esq.

For Defendants: David J.F. Gross, Esq. (Seagate)
              Calvin L. Litsey, Esq.
              Eric G. Soller, Esq.
              Chad Drown, Esq.

              Richard G. Frenkel, Esq. (Western)
              Douglas E. Lumish, Esq.
              Henry M. Sneath, Esq.

Began: March 8, 2018, at 10:00am

Concluded: March 8, 2018, at 11:17 am

Reporter: None

## OUTCOME

Case did not settle. Order to follow.