# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAMBETH MAGNETIC STRUCTURES, LLC, | ) Civil Action No. 2:16-cv-00541-CB ) |
| Plaintiff, | ) Judge Cathy Bissoon ) ) |
| v. | ) ) |
| WESTERN DIGITAL CORPORATION, WESTERN DIGITAL TECHNOLGIES, INC., WESTERN DIGITAL (FREMONT), LLC, WESTERN DIGITAL (THAILAND) COMPANY LIMITED, WESTERN DIGITAL (MALAYSIA) SDN.BHD, and HGST, INC., | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## JOINT NOTICE OF SETTLEMENT

On June 25, 2019, this Court entered Order Staying Cases Pending Mediation, (D.I. 210). Plaintiff Lambeth Magnetic Structures, LLC ("Plaintiff or "LMS") and Defendants Western Digital Corporation, Western Digital Technologies, Inc., Western Digital (Fremont), Inc., Western Digital (Thailand) Company Ltd., Western Digital (Malaysia) SDN. BHD, and HGST, Inc. (together "Western Digital") engaged in mediation on August 16, 2019 in San Francisco and reached an agreement regarding resolution of this matter. (D.I. 211). The parties are in the process of completing a formal settlement agreement. Once the formal settlement agreement is signed, Plaintiff will voluntarily dismiss this action. Accordingly, the parties respectfully request that this matter remain administratively closed pending execution of the final settlement agreement, at which point Plaintiff will dismiss this action. The Parties anticipate that dismissal will occur within 60 days.

-2-

Dated: August 23, 2019                                          Respectfully Submitted,

By: */s/ Denise M. De Mory*                                     By: */s/ Richard G. Frenkel*

John W. McIlvaine, III                                          Henry M. Sneath (PA I.D. No. 40559)
Christian D. Ehret                                              Amber L. Reiner Skovdal (PA I.D. No. 315998)
THE WEBB LAW FIRM                                               HOUSTON HARBAUGH, P.C.
One Gateway Center                                              Three Gateway Center
420 Ft. Duquesne Blvd., Suite 1200                              401 Liberty Avenue, 22nd Floor
Pittsburgh, PA 15222                                            Pittsburgh, PA 15222
T: (412) 471-8815                                               (412) 281-5060
F: (412) 471-4094                                               (412) 281-4499 (fax)
jmcilvaine@webblaw.com                                          sneathhm@hh-law.com
cehret@webblaw.com                                              reineral@hh-law.com

Henry C. Bunsow                                                 Douglas E. Lumish (CA Bar No. 183863)
Denise De Mory                                                  Richard G. Frenkel (CA Bar No. 204133)
Christina M. Finn                                               LATHAM & WATKINS LLP
Dino Hadzibegovic                                               140 Scott Drive
Corey Johanningmeier                                            Menlo Park, CA 94025
BUNSOW DE MORY LLP                                              (650) 328.4600
701 El Camino Real                                              (650) 463.2600 (fax)
Redwood City, CA 94063                                          doug.lumish@lw.com
Telephone: (650) 351-7248                                       rick.frenkel@lw.com
Facsimile: (415) 426-4744
hbunsow@bdiplaw.com                                             Lauren K. Sharkey (IL Bar No. 630147)
ddemory@bdiplaw.com                                             LATHAM & WATKINS LLP
cfinn@bdiplaw.com                                               330 North Wabash Avenue, Suite 2800
dhadzibegovic@bdiplaw.com                                       Chicago, IL 60611
cjohanningmeier@bdiplaw.com                                     (312) 876.7700
                                                                (312) 933.9767 (fax)
*Counsel for Plaintiff*                                         lauren.sharkey@lw.com
*Lambeth Magnetic Structures, LLC*
                                                                Allison K. Harms (CA Bar No. 299214)
                                                                LATHAM & WATKINS LLP
                                                                505 Montgomery Street, #2000
                                                                San Francisco, CA 94111
                                                                (415) 391.0600
                                                                (415) 395.8095 (fax)
                                                                allison.harms@lw.com

                                                                *Attorneys for Defendants*
                                                                *Western Digital*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of August, 2019, I electronically filed the foregoing JOINT NOTICE OF SETTLEMENT with the Clerk of the Court using the CM/ECF system which sent notification to all counsel of record.

**BUNSOW DE MORY LLP**

*/s/ Denise M. De Mory*
Denise M. De Mory